Second Department. March 24, 1916.) Judgments and orders affirmed, with one bill of costs in this Court. No opinion. Jenks, P. J., and Thomas, Carr, and Rich, JJ., concur. Putnam, J., votes for reversal, on the ground of error in the charge and exception at folios 702 and 704.

Fifi GANIM, respondent, v. Beshara GANIM, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order modified on reargument, by reducing the judgment so as to make the damages therein $132, and interest thereon from February 10, 1915, when demand was made on defendant, to June 17, 1915, when verdict was rendered, instead of $500, upon the ground that the trial justice, upon the default, should have directed the verdict only for the sum of $132 and such interest, instead of $500, the full amount of the undertaking. Said order, as so modified, is affirmed, without costs, and without prejudice to the right of defendant, on proof that the process by which this action was commenced was served on defendant within the city of New York, to apply to this court at Special Term to further amend said judgment by striking therefrom the costs and disbursements allowed therein to the plaintiff. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Vincenzo GARCONE, Respt., v. THOMAS & BUCKLEY HOISTING CO., Impld., etc., Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Appeal from Special Term, New York County. The order imposed terms as a condition to vacating judgment.
PER CURIAM. The order appealed from should be modified by striking out the terms imposed as a condition of vacating the judgment, and as so modified affirmed, with $10 costs and disbursements to the appellant. Settle order on notice.

John B. GAUL, respondent, v. F. I. A. T., appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Rose GAYNOR, respondent, v. Mary Quinn GARTLAND, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Alfred GEERING v. METROPOLITAN BANK. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted; question certified. Order filed.

Henry GERBER, an infant, etc., Applt., v. Herman STARK, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Carrie GILL v. JAMAICA BAY MANUFACTURING COMPANY and others. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion for resettlement of order granted. Settle order before the Presiding Justice.

Thomas F. GILROY, Jr., Respt., v. STRAUSS BUILDING & REALTY CO., Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment (157 N. Y. Supp. 162) affirmed, with costs. No opinion. Order filed.

Thomas GILSON v. Joshua SILVERSTEIN (two cases). (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion denied, with $10 costs. Order filed.

John GLEDHILL, on behalf of himself, etc., Applt., v. Jacob H. SCHIFF et al., Respt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

William O. GODDARD, as Trustee in Bankruptcy, etc., respondent, v. William J. GLADDING, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the ground that it does not appear that Lundy was insolvent at the time he executed the mortgage, and that, at least in the absence of such evidence, it is not sufficiently shown that the mortgage was executed to the defendant in bad faith and without consideration. Thomas, Stapleton, Mills, and Putnam, JJ., concur. Jenks, P. J., taking no part.

Robert W. GOELET, Applt., v. Al HAYMAN et al., Respts. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

C. H. GOLDBERG and E. S. Goldberg, appellants, v. Jennie EFRON, respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order modified, so as to provide that the relief granted in the order be afforded on condition that defendant pay the necessary disbursements which the plaintiffs have incurred, including the expense of the levy on the goods, and, as so modified, affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Gustav GOLDWASSER, Respt., v. George BARNETT and ano., Applts. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Anna GOTTEHRER, respondent, v. Henry GOTTEHRER and Harry Gottehrer, appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.